AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ROYSTON DENNIS CHRISTIE,<br>a/k/a DUDLEY CHRISTIE,<br>a/k/a ROYSTON CHRISTIE<br><br>*Defendant(s)* | ) ) ) ) ) ) )  Case No.  1-11-mj-28-GRJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 19, 2011__ in the county of __Alachua__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, USC, Section 1326(a) and (b)(2) | Unlawful re-entry after deportation following conviction for aggravated felony |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Annotti, Deportation Officer, DHS/ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 22, 2011

_____
*Judge's signature*

City and state: Gainesville, Florida

Gary R. Jones, United States Magistrate Judge
*Printed name and title*

STATE OF FLORIDA         CASE NO. 1-11-mj-28-GRJ

COUNTY OF ALACHUA

## CRIMINAL COMPLAINT AFFIDAVIT

I, Mark Annotti, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Deportation Officer (DO) with the Department of Homeland Security, United States Immigration and Customs Enforcement (DHS/ICE), and have been employed with DHS/ICE for eight (8) years. I am currently appointed as the Violent Criminal Alien Section (VCAS) Officer assigned to Enforcement Removal Operations (ERO), Orlando, Florida. My duties include the investigation and prosecution of cases involving persons who illegally have reentered the United States after having been removed or deported.

2. The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3. On an unknown date prior to May 2, 2011, the ERO Hartford Fugitive Operations (FUGOPS) Unit, Hartford, Connecticut, received an unsubstantiated tip that Royston Dennis CHRISTIE, a/k/a Dudley CHRISTIE, a/k/a Royston CHRISTIE (DOB: 06/07/1964; Alien File Number: A 043 093 175; FBI: 776092NB3), had illegally reentered the United States after deportation and was residing at 4129 SW 17th Place,

Gainesville, Florida, 32607. On May 2, 2011, this information was forwarded to the ERO Orlando FUGOPS Unit, Orlando, Florida, for investigation and action.

4.  A review of various state and federal databases and records disclosed that CHRISTIE has an Alien File (A 043 093 175); that he was born on June 7, 1964, in Trelawny, Jamaica, and is a citizen of Jamaica; that he was administratively ordered deported/removed from the United States to Jamaica by an Immigration Judge on April 23, 2008; that he initially appealed that decision to the Board of Immigration Appeals, but the appeal was denied on August 8, 2008; that he was physically removed from the United States to Jamaica on September 10, 2008; and that he never applied to the Attorney General of the United States and/or the Secretary of the Department of Homeland Security for permission to re-enter the United States after being removed/deported from the United States. A criminal history check revealed that CHRISTIE was convicted of assault, 2nd degree, an aggravated felony violation of Connecticut law on October 26, 1990, and sentenced to 3 years imprisonment (suspended) and 3 years probation. A criminal history check further revealed that CHRISTIE was convicted of possession of marijuana greater than 4 ounces, a felony violation of Connecticut law on October 5, 2000, and sentenced to 8 days imprisonment.

5.  A further review of various state databases and records disclosed that CHRISTIE is the owner of a 2003 Silver Toyota Sequoia (VIN: 5TDBT48A43S170254). This vehicle is registered to CHRISTIE in the state of Florida, the Florida license plate is 026WRF, and the address listed on the registration reflects 4129 SW 17th Place, Gainesville, Florida, 32607.

2

6. On July 11, 2011, the ERO Orlando FUGOPS Unit contacted the U.S. Border Patrol, Jacksonville Sector Intelligence Unit (SIU), Jacksonville, Florida, and requested assistance with surveillance on CHRISTIE at 4129 SW 17th Place, Gainesville, Florida, 32607.

7. On July 19, 2011, at approximately 8:15 am, Lead Border Patrol Agents (LBPA) Armando Martinez and Michael Cluck went to 4129 SW 17th Place, Gainesville, Florida, 32607. Upon arrival, LBPA Martinez noticed Silver Toyota Sequoia with a Florida license plate bearing 026-WFR parked directly in front of the residence. The residence itself is described as a grey efficiency/duplex located to the right of an office and a sign which reads "LEASING OFFICL." The house number "4129" is located to the right of the front door window and there is a blanket covering the front door window. There are also several mailboxes to the right of the residence.

8. On July 19, 2011, at approximately 11:00 am, LBPA Martinez approached the residence and knocked on the front door. LBPA Martinez noticed that someone moved the corner of the blanket to look outside. As a ruse, LBPA Martinez yelled, "Eddie come out." The door did not open, but CHRISTIE moved the blanket covering the front door window and revealed his entire face. LBPA Martinez then asked if Eddie was home. CHRISTIE stated that he had the wrong address. LBPA Martinez apologized and left the residence. Viewing CHRISTIE at a distance of less than two feet, LBPA Martinez stated that the person that opened the door was definitely CHRISTIE. LBPA Martinez had a full view of CHRISTIE's face and of the noticeable scar on his bottom lip.

9. Based on the foregoing, I believe that there is probable cause to believe that CHRISTIE was found to be in the United States

3

voluntarily after being previously removed or deported, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

10. This concludes my affidavit.

_____
Mark Annotti
Deportation Officer
Immigration & Customs Enforcement


Subscribed and sworn to before me
this 22ⁿᵈ day of July 2011.

_____
Gary R. Jones
United States Magistrate Judge

4

Received
0722'11USDcFln1AM0911
KM